# Court of Appeals
# of the State of Georgia

ATLANTA,___August 12, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A1309. OTOH v. UDE et al.**

Appellant having moved the Court to expedite its consideration of this appeal, the motion is hereby GRANTED.

After a thorough review of the complete appellate record, it is apparent that the application for discretionary appeal was improvidently granted. This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,___08/12/2016___*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*